IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY<br>    *Plaintiff,*<br><br>VS.<br><br>BENQ CORP.,<br>BENQ AMERICA CORP.,<br>AU OPTRONICS CORP., and<br>AU OPTRONICS CORP. AMERICA,<br>    *Defendants.* | Civil Action No. _____ |

## COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

Plaintiff Trustees of Boston University, by and through its undersigned attorneys, hereby pleads the following claims of patent infringement against BenQ Corp., BenQ America Corp. (collectively "BenQ Defendants"), AU Optronics Corp., and AU Optronics Corp. America (collectively "AU Optronics Defendants") and alleges as follows:

### PARTIES

1. Plaintiff Trustees of Boston University ("BU" or the "University") is a non-profit educational institution with its principal place of business at One Silber Way, Boston, Massachusetts 02215.

2. The University is one of the largest private universities in the United States, and one of the largest employers in Boston, with more than 10,000 faculty and staff and over 33,000 students. It conducts a diverse range of interdisciplinary, collaborative and innovative research projects across a broad spectrum of academic departments, programs, centers and institutes, including research in the field of electrical and computer engineering. BU faculty members have

1

won five Nobel Prizes and BU has been awarded hundreds of United States Patents, including U.S. Patent No. 5,686,738 (the "'738 patent").

3. Upon information and belief, Defendant BenQ Corp. is organized under the laws of Taiwan and its principal place of business is 16 Jihu Road, Neihu, Taipei 114, Taiwan.

4. Upon information and belief, Defendant BenQ America Corp. is organized under the laws of California and its principal place of business is 15375 Barranca Parkway, Suite A-205, Irvine, CA 92618. Defendant's registered agent for service of process in the state of California is CT Corporation System 818 W. Seventh Street, Los Angeles, CA 90017.

5. Upon information and belief, Defendant AU Optronics Corp. is organized under the laws of Taiwan and its principal place of business is 1 Li-Hsin 2nd Road, Hsinchu Science Park, Hsinchu 30078, Taiwan.

6. Upon information and belief, Defendant AU Optronics Corp. America is a California entity located at 1525 McCarthy Boulevard, Suite 216, Milpitas, California 95035. Defendant's registered agent for service of process in the state of California is CT Corporation System 818 W. Seventh Street, Los Angeles, CA 90017.

## JURISDICTION AND VENUE

7. This is an action for patent infringement arising under the patent laws of the United States of America, Title 35 of the United States Code. This Court has subject matter jurisdiction over the matters pled herein under 28 U.S.C. §§ 1331 and 1338(a) in that this is a civil action arising out of the patent laws of the United States of America.

8. Defendants regularly and deliberately engaged in and continue to engage in activities that result in using, selling, offering for sale, and/or importing infringing products in and/or into the Commonwealth of Massachusetts and this judicial district. These activities violate the University's United States patent rights under the '738 patent pled herein. This Court has

personal jurisdiction over the Defendants because, among other things, Defendants conduct business in the Commonwealth of Massachusetts and in this judicial district and thus enjoy the privileges and protections of Massachusetts law.

9. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §§ 1391(b), (c) and (d) and 1400(b).

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 5,686,738

10. The '738 patent, titled "Highly Insulating Monocrystalline Gallium Nitride Thin Films," issued on November 11, 1997.

11. Theodore D. Moustakas, Ph.D., Professor of Electrical and Computer Engineering at BU, is the named inventor of the '738 patent. The University owns by assignment the entire right, title, and interest in and to the '738 patent, including the sole right to sue for past and present patent infringements thereof.

12. Several of Defendants' products, including the BenQ GL2450 Series LED Backlight Monitor, type 24" TFT ACL, model number GL2450-T, serial number ETC3D00165019, comprising AU Optronics LED display, model number M240HW01, bearing number AU240270CCTCCXMH31VIZ40, include a gallium nitride thin film semiconductor device claimed by the '738 patent and thus infringe one or more claims of the '738 patent. The University is informed and believes, and further alleges, that additional products of Defendants also constitute and/or include the claimed gallium nitride thin film semiconductor device and also infringe one or more claims of the '738 patent, including light emitting diodes ("LEDs") and products bearing LEDs (products covered by this paragraph are collectively referred to as "Accused Products").

13. The University is informed and believes, and thereon alleges, that the AU Optronics Defendants have sold and offered to sell and are selling and offering to sell

components for use in the Accused Devices (e.g., AU Optronics display M240HW01 in BenQ GL2450 Series product), and those components are material to practicing the '738 patent's invention, have no substantial non-infringing uses, and are known by the Defendants, including the AU Optronics Defendants, to be especially made or especially adapted for use in what constitutes infringement of the '738 patent. At least as early as the filing of this complaint, the AU Optronics Defendants have actual knowledge of the '738 patent and Plaintiff's claims that the AU Optronics Defendants' LED displays and LED-bearing components are covered by the '738 patent. The AU Optronics Defendants are contributing to the acts of using, offering to sell, and/or selling in the United States and/or importing into the United States the infringing Accused Devices by the BenQ Defendants and others by intentionally supplying such material components to the BenQ Defendants and others with such knowledge of the '738 patent.

14.     The University is informed and believes, and thereon alleges, that the AU Optronics Defendants have induced and are inducing the infringement of the '738 patent by others with the knowledge that the induced acts constitute patent infringement. At least as early as the filing of this complaint, the AU Optronics Defendants have actual knowledge of the '738 patent and Plaintiff's claims that the AU Optronics Defendants' LED displays and LED-bearing components are covered by the '738 patent. The AU Optronics Defendants are continuing to induce infringement by the BenQ Defendants and others by intentionally inducing their acts of using, offering to sell, and/or selling in the United States and/or importing into the United States the Accused Devices with such knowledge of the '738 patent.

15.     The University is informed and believes, and thereon alleges, that any applicable requirements of 35 U.S.C. § 287 have been satisfied.

16. The University is informed and believes, and thereon alleges, that Defendants have infringed, and continue to infringe, one or more claims of the '738 patent, in violation of 35 U.S.C. § 271, by, among other things, making using, offering to sell, selling and/or importing in and/or into the United States, without authority or license from the University, the Accused Products falling within the scope of one or more claims of the '738 patent.

17. Defendants' acts of infringement have caused and will continue to cause substantial and irreparable damage to the University.

18. As a result of the infringement of the '738 patent by Defendants, the University has been damaged. The University is, therefore, entitled to such damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be pled but that will be determined at trial.

19. TAKE NOTICE that the University reserves the right to further allege indirect infringement, contributory infringement, inducing infringement, and/or willful infringement, and amend, supplement, or modify its allegations of infringement as facts regarding such allegations arise during the course of this case.

## **PRAYER FOR RELIEF**

WHEREFORE, the University prays for entry of judgment against each Defendant as follows:

A. That Defendants infringed the '738 patent under 35 U.S.C. § 271;

B. That Defendants provide to the University an accounting of all gains, profits and advantages derived by each Defendants' infringement of the '738 patent, and that the University be awarded damages adequate to compensate them for the wrongful infringement by each Defendant, in accordance with 35 U.S.C. § 284;

C. That the University be awarded any other supplemental damages and interest on all damages, including, but not limited to attorney fees available under 35 U.S.C. § 285;

  D.  That the Court permanently enjoin Defendants and all those in privity with them from making, having made, selling, offering for sale, distributing and/or using products that infringe the '738 patent, including the Accused Products, in the United States; and

  E.  That the University be awarded such other and further relief as this Court may deem just and proper, including but not limited to equitable relief and all remedies available at law.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), the University hereby demands a trial by jury on all issues triable to a jury.

Dated:  September 20, 2013              Respectfully submitted,

                                        TRUSTEES OF BOSTON UNIVERSITY

                                        By its attorneys,

                                        /s/ *Erik Paul Belt*
                                        Erik Paul Belt (BBO # 558620)
                                        EBelt@mccarter.com
                                        Kelly A. Gabos (BBO #666219)
                                        kgabos@mccarter.com
                                        McCarter & English
                                        265 Franklin Street
                                        Boston, Massachusetts 02110
                                        Telephone: (617) 449-6506
                                        Facsimile:  (617) 607-6035

                                        *Of Counsel*

                                        Michael W. Shore (Texas 18294915)
                                        mshore@shorechan.com
                                        Alfonso Garcia Chan (Texas 24012408)
                                        achan@shorechan.com
                                        Christopher L. Evans (Texas 24058901)
                                        cevans@shorechan.com
                                        Andrew M. Howard (Texas 24059973)
                                        ahoward@shorechan.com
                                        Russell J. DePalma (Texas 00795318)
                                        rdepalma@shorechan.com
                                        SHORE CHAN DEPUMPO LLP
                                        901 Main Street, Suite 3300
                                        Dallas, Texas 75202
                                        Telephone: (214) 593-9110
                                        Facsimile: (214) 593-9111