**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| TRUSTEES OF BOSTON UNIVERSITY | ) | Civil Action No. 1:13-cv-12328-PBS |
| *Plaintiff,* | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BENQ CORP., | ) | |
| BENQ AMERICA CORP., | ) | |
| AU OPTRONICS CORP., and | ) | |
| AU OPTRONICS CORP. AMERICA, | ) | |
| *Defendants.* | ) | |

_____ )

## JOINT MOTION TO DISMISS DEFENDANTS AU OPTRONICS CORPORATION AND AU OPTRONICS CORPORATION AMERICA

Plaintiff Trustees of Boston University ("Plaintiff") and Defendants AU Optronics Corp. and AU Optronics Corp. America, (collectively "Defendants") have settled Plaintiff's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendants, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 14, 2014

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

AU OPTRONICS CORP., AND
AU OPTRONICS CORP. AMERICA


*/s/ Srikanth K. Reddy*
Srikanth K. Reddy (BBO#669264)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Tel:    617.570.1000
Fax:    617.523.1231
sreddy@goodwinprocter.com

*Of counsel* (*motion for admission pro hac vice
to be filed*):

Vincent Yip
Peter J. Wied
Goodwin Procter LLP
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel:    213.426.2500
Fax:    213.623.1673